IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Archie, Helen | Case Number: 07 B 14113 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 8/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 13, 2008
Confirmed: November 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,547.00 | |
| Secured: | | 8,611.70 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 414.00 |
| Trustee Fee: | | 567.30 |
| Other Funds: | | 954.00 |
| Totals: | 10,547.00 | 10,547.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 414.00 | 414.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 6,261.75 | 2,100.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 45,665.88 | 5,234.29 |
| 6. | Countrywide Home Loans Inc. | Secured | 11,144.49 | 1,277.41 |
| 7. | Nicor Gas | Unsecured | 105.65 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 15,395.06 | 0.00 |
| 9. | American General Finance | Secured | | No Claim Filed |
| 10. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 11. | US Bank | Unsecured | | No Claim Filed |
| 12. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 13. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 14. | GC Services | Unsecured | | No Claim Filed |
| | | | $ 78,986.83 | $ 9,025.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 277.60 |
| 6.5% | 268.71 |
| 6.6% | 20.99 |
| | $ 567.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Archie, Helen

Printed: 01/29/09

Case Number:  07 B 14113
Judge:  Wedoff, Eugene R
Filed:  8/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

